PROB 12C
(6/16)

Report Date: May 12, 2025

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**May 12, 2025**

Eastern District of Washington

SEAN F. McAVOY, CLERK

**CORRECTED**

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Lyn Bennett    Case Number: 0980 2:23CR00037-TOR-1

Address of Offender: ███████████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 21, 2009

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 200 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: | Prison - 188 months; TSR - 60 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: January 13, 2023 |
| Defense Attorney: | Federal Defenders office | Date Supervision Expires: January 12, 2028 |

## PETITIONING THE COURT

To issue a summons

A previous violation report requesting a summons was filed on April 16, 2025. This latest petition is amending the previous petition to update the appropriate special condition number on violation number 2.

On January 17, 2023, a United States probation officer reviewed Mr. Bennett's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release of imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Bennett is in violation of his conditions of supervised release for using methamphetamine on or about March 31, 2025.<br><br>On March 25, 2025, Mr. Bennett reported to the United Stated Probation Office. He submitted to a random urinalysis which returned presumptive positive for methamphetamine. |

Prob12C
Re: Bennett, Daniel Lyn
May 12, 2025
Page 2

He denied use and it was sent to the contracted lab for confirmation. On March 31, 2025, the urinalysis from March 25, 2025, returned dilute. On that same date, Mr. Bennett was instructed to report to the probation office. Later that same day, he reported as instructed. He submitted a random urinalysis which returned presumptive positive for amphetamine, methamphetamine. Initially, he denied use and singed a denial form. After further questioning, he admitted to using methamphetamine. Mr. Bennett reported that when he reported to the United States Probation Office and provided a urinalysis, he would then use methamphetamine or consume alcohol as "I knew I was good for a few days."

2   **Special Condition #4**: The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supercedes the standard condition number 7 with the respect to alcohol consumption only.

**Supporting Evidence**: It is alleged that Mr. Bennett is in violation of his conditions of supervised release by consuming alcohol on approximately April 2, 2025.

On April 15, 2025, Mr. Bennett was contacted and instructed to report to the probation office. He submitted to a random urinalysis which returned presumptive positive for alcohol. He denied any use of alcohol but seemed upset that the results would come back positive. After further questioning, he admitted he last consumed alcohol two weeks ago.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/12/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.

Thomas O. Rice

Signature of Judicial Officer

May 12, 2025

Date